UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:10-M-1662-1

| | |
|---|---|
| **United States Of America** ) | |
| ) | **JUDGMENT** |
| vs. ) | |
| ) | |
| **Bary R. Bowman** ) | |
| **True Name: Gary R. Bowman** ) | |

On November 2, 2010, defendant Bary R. Bowman appeared before the Honorable James E. Gates, U.S. Magistrate Judge, and pursuant to a plea of guilty to 18 U.S.C. § 13 assimilating N.C.G.S. 20-138.1, Driving While Impaired - Level Four, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on December 2, 2010, the court finds that Bary R. Bowman, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.
2. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 120 days. The defendant shall receive credit for time previously served.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 7th day of December, 2010.

James E. Gates
U.S. Magistrate Judge